TICE BLACK dissents. *Porter R. Chandler, Fred E. Suits* and *John B. Dudley* for petitioners. *Leslie L. Conner* and *Charles W. Conner* for respondent.

No. 415. OWENS ET AL. *v.* OKLAHOMA TURNPIKE AUTHORITY. Appeal from the Supreme Court of Oklahoma. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Harry D. Moreland, Harold C. Stuart* and *Sam Clammer* for appellants.

No. 425. STRICKLAND *v.* SEABOARD AIR LINE RAILROAD Co. On petition for writ of certiorari to the Supreme Court of Florida. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Bailey* v. *Central Vermont R. Co.,* 319 U. S. 350. *William C. Gaither* for petitioner. *Charles R. Scott* and *James B. McDonough, Jr.* for respondent.

No. 404. OFFUTT HOUSING Co. *v.* COUNTY OF SARPY ET AL. Supreme Court of Nebraska. Certiorari granted. *Robert L. Stern* and *Charles S. Reed* for petitioner. *Clarence S. Beck,* Attorney General of Nebraska, for respondents. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Lyle M. Turner* filed a memorandum for the United States, as *amicus curiae,* in support of the petition.

No. 373. COMMISSIONER OF INTERNAL REVENUE *v.* LoBUE. C. A. 3d Cir. Certiorari granted. *Solicitor*

*General Soboloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Joseph F. Goetten* for petitioner. *Melville F. Weston* for respondent. ■

No. 410. AMERICAN AIRLINES, INC. *v.* NORTH AMERICAN AIRLINES, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Howard C. Westwood* and *J. Randolph Wilson* for petitioner. *Hardy K. Maclay* for respondent. ■

No. 422. RANCO, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari granted. *Harry E. Smoyer* for petitioner. *Solicitor General Soboloff* and *Theophil C. Kammholz* for respondent. ■

No. 321. J. J. DIX, INC. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 363. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF DIX. C. A. 2d Cir. Certiorari denied. *Bernard Weiss* for petitioner in No. 321 and respondent in No. 363. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *S. Dee Hanson* for the Commissioner. Reported below: 223 F. 2d 436.

No. 402. CLIFTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Henry Hammer* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States. ■